NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUSTYN MAURICE GRAHAM,
DOC #T51578,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

Case No. 2D16-4928

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Howard L. Dimmig, II, Public Defender, and
William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


   Affirmed.


LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.